NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1584

BERLINER, CORCORAN & ROWE, LLP,

Plaintiff-Appellee,

v.

MORDECHAI ORIAN and GLOBAL HORIZONS, INC.,

Defendant-Appellants.

Appeal from the United States District Court for the District of Columbia in case no. 06-CV-1543, Judge Colleen Kollar-Kotelly.

ON MOTION

Before RADER, CLEVENGER, and DYK, Circuit Judges.

RADER, Circuit Judge.

## O R D E R

Mordechai Orian and Global Horizons, Inc. (Orian) move to transfer this appeal to the United States Court of Appeals for the District of Columbia Circuit. Berliner, Corcoran & Rowe, LLP oppose and request dismissal of this appeal.

Mordechai Orian and Global Horizons, Inc. (Orian) appeal from a judgment of the United States District Court for the District of Columbia. The case involves a contract dispute and malpractice. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Because this case does not fall within our jurisdiction, we transfer this appeal to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The motion to transfer is granted. The appeal is transferred to the United States Court of Appeals for the District of Columbia Circuit.

FOR THE COURT

__NOV 0 9 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   John Tremain May, Esq.
      Thomas A. Douvan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 9 2009

JAN HORBALY
CLERK